Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff KYUNG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 07-8143 (SS)<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand three hundred fifty dollars, ($3,350), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 2/5/09                                        /S/

_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE